# United States District Court
# For The Western District of North Carolina
# Bryson City Division

STATE OF NORTH CAROLINA ex rel.,
JOHN WILLIAMS BISHOP, and
DONNA J. BISHOP,

        Plaintiffs,

vs.

COUNTY OF MACON; MACON,
COUNTY SHERIFF'S DEPARTMENT;
ROBERT L. HOLLAND, individually
and in his Official Capacity as Sheriff
of Macon County; C. J. LAU,
individually and in his Official
Capacity as Deputy Sheriff of Macon
County; GARY GARNER; W. T.
POTTS; MARSH, USA, INC. and
THE OHIO CASUALTY INSURANCE
COMPANY,

        Defendants.

JUDGMENT IN A CIVIL CASE

2:10cv09

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/22/2011 Memorandum of Decision and Order.

Signed: August 22, 2011

Frank G. Johns, Clerk
United States District Court