# United States District Court
## Western District of North Carolina
### Bryson City Division

| | | |
|---|---|---|
| JOHN WILLIAM BISHOP and DONNA J. BISHOP**,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 2:10-cv-00009-MOC-DLH |
| vs. | ) ) | |
| COUNTY OF MACON; MACON COUNTY SHERIFF'S DEPARTMENT, ROBERT L. HOLLAND, individually and in his Official Capacity as Sheriff of Macon County; C. J. LAU, individually and in his Official Capacity as Deputy Sheriff of Macon County; GARY GARNER; W. T. POTTS, and THE OHIO CASUALTY INSURANCE COMPANY**,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2014 Memorandum of Decision and Order of Dismissal.

September 29, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court